UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMIEN REESE, | Case No. 2:19-cv-01267-RFB-DJA |
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Respondents. | |

Before the court is respondents' motion for an extension of time to file a response to Damien Reese's *pro se* 28 U.S.C. § 2254 habeas corpus petition (ECF No. 12). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file a response to the petition (ECF No. 12) is **GRANTED**. Respondents must file their response on or before July 25, 2020.

DATED: 26 June 2020.

RICHARD E. BOULWARE, II
UNITED STATES DISTRICT JUDGE